# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CAROL LESTER,

                Plaintiff,

v.

WARDEN ARLENE HICKSON,
DEPUTY WARDEN JERRY SMITH,
TONY MCCORT, CORRECTIONS
CORPORATION OF AMERICA Inc.,
CORIZON Inc.,

                Defendants.

NO. 1:13-cv-01118-JB-LAM

## STIPULATION FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE

Plaintiff, Carol Lester, and Defendants Warden Arlene Hickson, Deputy Warden Jerry Smith, Tony McCort, Corrections Corporation of America, Inc., and Corizon, LLC, through their respective counsel, hereby stipulate that all claims filed against Defendants Warden Arlene Hickson, Deputy Warden Jerry Smith, Tony McCort, Corrections Corporation of America, Inc., and Corizon, LLC in the above-entitled action have been settled and therefore the claims shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

    Dated:   October 7, 2015

                                    /s/ Christina Retts
                                    CHRISTINA RETTS, NM Bar No. 132585
                                    DANIEL P. STRUCK, AZ Bar No. 012377
                                    JACOB B. LEE, AZ Bar No. 030371
                                    STRUCK WIENEKE & LOVE, P.L.C.
                                    3100 West Ray Road, Suite 300
                                    Chandler, AZ 85226

Tel: (480) 420-1600
Fax: (480) 420-1696
cretts@swlfirm.com
dstruck@swlfirm.com
jlee@swlfirm.com

DEBORAH D. WELLS
DEBRA J. MOULTON
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.coM
dmoulton@kmwpc.com

*Attorneys for Defendants Arlene Hickson,
Deputy Warden Jerry Smith and
Corrections Corporation of America*

/s/ Christina Retts (with authority)
MATTHEW E. COYTE
COYTE LAW, P.C.
1000 Second St. NW
Albuquerque, NM 87102
Tel: (505) 244-3030
mcoyte@earthlink.net

*Attorney for Plaintiff Carol Lester*

/s/ Christina Retts (with authority)
NORMAN F. WEISS
SIMONE, ROBERTS & WEISS, P.A.
1700 Louisiana Blvd., NE, Suite 240
Albuquerque, NM 87110
Tel: (505) 298-9400
nweiss@srw-law.com

*Attorney for Defendants Corizon, LLC and
McCort*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Matthew Coyte, Esq.
>COYTE LAW, P.C.
>201 Third Street NW, Suite 1920
>Albuquerque, NM 87102
>Email: mcoyte@earthlink.net
>*Attorney for Plaintiff*
>
>Norman F. Weiss, Esq.
>SIMONE, ROBERTS & WEISS, P.A.
>1700 Louisiana Blvd., NE, Suite 240
>Albuquerque, NM 87110Albuquerque, NM 87112
>*Attorney for Defendants Corizon, Inc.*
>*& Tony McCort*
>
>Deborah D. Wells, Esq.
>KENNEDY, MOULTON & WELLS, P.C.
>2201 San Pedro NE, Bldg. 3, Suite 200
>Albuquerque, New Mexico 87110

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

>**N/A**

/s/ Christina Retts