IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROL LESTER,

        Plaintiff,

v.

WARDEN ARLENE HICKSON,
DEPUTY WARDEN JERRY SMITH,
TONY MCCORT, CORRECTIONS
CORPORATION OF AMERICA Inc.,
CORIZON Inc.,

        Defendants.

No. CIV 13-1118 JB/LAM

## ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE

IT IS HEREBY ORDERED granting the Stipulation for Dismissal of Defendants Warden Arlene Hickson, Deputy Warden Jerry Smith, Tony McCort, Corrections Corporation of America, Inc., and Corizon, LLC With Prejudice in the above-entitled action as they have been settled and therefore the claims shall be dismissed in their entirety, and that Defendants Warden Arlene Hickson, Deputy Warden Jerry Smith, Tony McCort, Corrections Corporation of America, Inc., and Corizon, LLC be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

                                                  UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Christina Retts
Christina Retts
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1616
*Attorney for CCA Defendants*

Approved as to form:

<u>/s/ Christina Retts (with authority)</u>
Matthew E. Coyte
COYTE LAW, P.C.
1000 Second St. NW
Albuquerque, NM 87102
Tel: (505) 244-3030
mcoyte@earthlink.net

*Attorney for Plaintiff Carol Lester*

<u>/s/ Christina Retts (with authority)</u>
Norman F. Weiss
SIMONE, ROBERTS & WEISS, P.A.
1700 Louisiana Blvd., NE, Suite 240
Albuquerque, NM 87110
Tel: (505) 298-9400
nweiss@srw-law.com

*Attorney for Defendants Corizon, LLC and McCort*